```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

FELTON L. MATTHEWS, JR.,           )
                                   )
        Plaintiff,                 )    3:03-CV-00432-ECR-VPC
                                   )
vs.                                )    DATE: January 13, 2012
                                   )
EIGHTH JUDICIAL DISTRICT COURT,    )
et al.,                            )
                                   )
        Defendants.                )
                                   )

PRESENT:    EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Judicial Assistant:   CANDACE KNAB    Reporter:   NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

   Now pending before the Court is Plaintiff's "Motion/Petition for Relief from PLRA '3 Strikes' Bar" (#29) on the basis of threat of immediate physical injury.

   This Court dismissed (#19) Plaintiff's case on December 12, 2003. A previous Order (#14) of the Court found that Plaintiff had filed three complaints under 42 U.S.C. § 1983 *in forma pauperis* status, and precluded Plaintiff from commencing any new cases *in forma pauperis* except upon a showing of imminent danger or serious physical injury in accord with the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g).

   A motion for relief from a PLRA three strikes order cannot be brought as part of a closed case. Further, the instant motion involves new separate claims that have occurred since the case was closed in 2003.

   **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion (#29) is **DENIED** without prejudice as part of this case. The Plaintiff might desire to file a motion in a new separate claim and action for leave to file such a new

separate action notwithstanding the prior three strikes order (#14) against him.  The new motion should include a copy of Plaintiff's proposed complaint for the new action, and if Plaintiff so desires, a motion for *in forma pauperis* waiver of the filing fee.

                                        LANCE S. WILSON, CLERK

                                        By _____/s/_____
                                              Deputy Clerk